IN THE DISTRICT COURT OF THE UNITED STATES
DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | CRIMINAL NO: 2:21-341 |
| ) | |
| v. ) | **ORDER FOR** |
| ) | **BENCH WARRANT** |
| XAVIER WILLIAMS ) | |
|     a/k/a "P" ) | |
|     a/k/a "Pretty" ) | |

The Clerk of Court is hereby directed to issue a warrant for the above-named defendant, XAVIER WILLIAMS, a/k/a "P", a/k/a "Pretty", as requested by the United States Attorney. Amount and conditions of bond to be set by the judicial officer before whom the defendant initially appears.

_____
UNITED STATES MAGISTRATE JUDGE

Columbia, South Carolina

June 15, 2021

I SO MOVE:

M. RHETT DEHART
ACTING UNITED STATES ATTORNEY

By: _____
Jamie L. Schoen (#11386)
Assistant United States Attorney
151 Meeting Street
Charleston, South Carolina 29402
Telephone: (843) 727-4381
Email Address: jschoen@usa.doj.gov