## UNITED STATES DISTRICT COURT

## DISTRICT OF SOUTH CAROLINA

## CHARLESTON DIVISION

UNITED STATES OF AMERICA

vs.

CASE NO.  2:21-cr-341

Xavier Williams

## PLEA

The Defendant, _____Xavier Williams_____, acknowledges receipt of a copy of the indictment and after arraignment pleads not guilty in open court.

_____
(Signed)    Defendant

September 29, 2021

Charleston, South Carolina