**IN THE DISTRICT COURT OF THE UNITED STATES**
**DISTRICT OF SOUTH CAROLINA**
**CHARLESTON DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | **CRIMINAL NO.: 2:21-CR-341** |
| | ) | |
| vs. | ) | **MOTION FOR DISCLOSURE TO** |
| | ) | **USE EVIDENCE OF OTHER CRIMES** |
| **XAVIER WILLIAMS** | ) | **FEDERAL RULE OF EVIDENCE 404(b)** |
| | ) | |
| **Defendant.** | ) | |
| | ) | |

**TO:   JAMIE LEE NABORS SCHOEN, ASSISTANT UNITED STATES ATTORNEY**

The Defendant, **XAVIER WILLIAMS**, by and through his undersigned attorney, hereby moves before the United States District Judge for the District of South Carolina, Charleston Division, pursuant to Federal Rule of Evidence, Rule 404(b), for an Order requiring the Government to disclose its intent to use any evidence of other crimes, wrongs, or acts as proof of motive, opportunity, intent, preparation, plan, knowledge, identity, absence of mistake, accident, or any other purpose. In this regard, the Government should specify the particular crime, wrong, or act to be used and the particular theory upon which it maybe admissible.

Respectfully submitted,

s/ A. Peter Shahid, Jr.
A. Peter Shahid, Jr., Esquire
SHAHID LAW OFFICE, LLC
Attorney for the Defendant
Federal ID No. 5286
89 Broad Street
Charleston, SC 29401
(843) 853-4500

November 21, 2021
Charleston, SC